

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL WAYNE PARSONS, | § | No. 08-13-00340-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 2 |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| State. | § | (TC# 1278599D) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **June 13, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Abe Factor, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **June 13, 2014.**

IT IS SO ORDERED this 21st day of May, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.